WILLIAM B. DAVENPORT, Public Administrator, etc. Respondent, *v.* NICKELS DAVIDS, Appellant.

(Argued October 26, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 8, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellant.

*George G. Reynolds* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

CHAUNCEY ST. JOHN, Appellant, *v.* HOWARD W. COATES et al., Executors, etc., Respondents.

(Submitted October 27, 1893; decided November 28, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 31, 1892, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial.

*Louis F. Post* for appellant.

*John H. Post* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.